CRIMINAL COMPLAINT
(Electronically Submitted)

| UNITED STATES DISTRICT COURT | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Anthony Ray Thomas**; DOB: 1992; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-01808MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(A)(ii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about July 2, 2020, in the District of Arizona, **Anthony Ray Thomas**, named herein as defendant, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Daliana Echtay-Garcia and Ulises Garcia-Ramos; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(I).**

**COUNT 2 (Felony)** On or about July 2, 2020, in the District of Arizona, **Anthony Ray Thomas**, knowing and in reckless disregard of the fact that certain illegal aliens, including Daliana Echtay-Garcia and Ulises Garcia-Ramos, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about July 2, 2020, in the District of Arizona (Tombstone), United States Border Patrol Agents (BPA) assigned to the State Route 80 (SR-80) checkpoint near Tombstone, Arizona encountered a green 2007 Ford Taurus sedan with Arizona License Plate CBY0394. The driver, later identified as **Anthony Ray Thomas**, the front seat passenger, later identified as Daliana Echtay-Garcia, and the back seat passenger, later identified as Ulises Garcia-Ramos, were questioned by the BPA in English if they were United States citizens. Garcia-Ramos answered "Douglas." The BPA asked Garcia-Ramos for identification and Garcia-Ramos presented an Arizona driver's license. Garcia-Ramos did not look like the picture on the Arizona driver's license. The BPA asked **Anthony Ray Thomas** to pull into the secondary inspection for further questioning. At secondary, the BPA was able to determine that Echtay-Garcia and Garcia-Ramos were not United States citizens and they had crossed the border illegally.

Daliana Echtay-Garcia was previously removed on 08/20/2018 through Hidalgo, TX
Ulises Garcia- Ramos, Ulises was previously removed on 07/23/2019 through Paseo Del Norte, TX

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/mh<br>Sworn by telephone _x_ | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>July 6, 2020 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54